DINA L. SANTOS, Bar #204200
A Professional Law Corporation
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160

Attorney for Defendant
Sergio Mercado

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:09-0381 EJG |
| Plaintiff, | |
| v. | STIPULATION AND ORDER RESETTING SCHEDULE FOR DISCLOSURE OF PSR REPORT & FILING OF OBJECTIONS TO THE PSR AND RE-SETTING J&S DATE |
| SERGIO MERCADO, | |
| Defendant. | |
| _____ | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney MICHAEL BECKWITH, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant SERGIO MERCADO, hereby submit this stipulation and proposed order regarding the schedule for disclosure of the Pre-sentence Report and for filing of objections to the Pre-sentence report.  The parties stipulate to the following schedule:

    Judgement and Sentencing:    April 29, 2011
    PSR filed with Court:        April 22, 2011
    Defense Formal Objections:   April 15, 2011

The Court is advised that all counsel conferred about this request, that probation has been advised of the April 29, 2011 date, and that Mr. Beckwith has authorized Ms. Santos to sign this stipulation on his behalf.

**IT IS SO STIPULATED.**

```
Dated: April 8, 2011           /s/ Dina L. Santos
                               DINA L. SANTOS
                               Attorney for Defendant
                               SERGIO MERCADO


Dated: April 8, 2011           /s/ Michael Beckwith
                               MICHAEL BECKWITH
                               Assistant United States Attorney
                               Attorney for Plaintiff
```

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

```
Dated: April 12, 2011          /s/ Edward J. Garcia
                               Hon. Edward J. Garcia
                               United States District Judge
```

Stipulation and Order                    2