John Balazs, Bar. No. 157287
Attorney At Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
Facsimile: (916) 557-1118
john@balazslaw.com

Attorney for Defendant
SERGIO MERCADO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>SERGIO MERCADO,<br><br>        Defendant. | No.  2:09-CR-0381-02 WBS<br><br>**STIPULATED MOTION AND [lodged] ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Hon. William B. Shubb |

Defendant, SERGIO MERCADO, by and through his attorney, John Balazs, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On May 6, 2011, the Court sentenced Mr. Mercado to a term of 135 months imprisonment on count 1 (conspiracy to distribute at least 500 grams of methamphetamine) and count 2 (possession with intent to distribute at least 500 grams of methamphetamine);

3. The Court found the total offense level to be a 33 as follows:  a base offense level of 38 for 1.6 kilograms of actual methamphetamine, a 2-level reduction because Mr. Mercado was eligible for the safety valve, and a 3-level reduction for timely acceptance of responsibility.

1  With a criminal history category I, the Court found the resulting guideline range to be 135 to 168
2  months and sentenced Mr. Mercado to the bottom of the guideline range, 135 months;
3       4.    The sentencing range applicable to Mr. Mercado was subsequently lowered by the
4  United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014,
5  see 79 Fed. Reg. 44,973;
6       5.    Mr. Mercado's total offense level has been reduced from 33 to 31, and his
7  amended guideline range is 108-135 months; and, with the same bottom of the guideline range
8  sentence, the sentence would be reduced to 108 months.  The parties agree that a sentence of 108
9  months imprisonment is fair and appropriate in light of all the sentencing factors set forth in 18
10 U.S.C. § 3553(a).
11       6.    Accordingly, the parties request the Court enter the order lodged herewith
12 reducing Mr. Mercado's term of imprisonment to a term of 108 months.
13 Respectfully submitted,
14 Dated:  July 10, 2015            Dated:  July 10, 2015

BENJAMIN B. WAGNER
United States Attorney

 /s/ *Jason Hitt*                          /s/*John Balazs*
JASON HITT                            JOHN BALAZS
Assistant U.S. Attorney

Attorney for Plaintiff                 Attorney for Defendant
UNITED STATES OF AMERICA              SERGIO MERCADO

## ORDER

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Sergio Mercado is entitled to the benefit Amendment 782, which reduces the total offense level from 33 to 31, resulting in an amended guideline range of 108 to 135 months.  The parties also agree, and the Court finds, that a

corresponding reduction in sentence from 135 to 108 months is appropriate and fair in light of all the sentencing factors set forth in 18 U.S.C. § 3553(a).

IT IS HEREBY ORDERED that the term of imprisonment imposed in May 2011 is reduced to a term of 108 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

If not deported and unless otherwise ordered, Mr. Mercado shall report to the United States Probation Office within seventy-two hours after his release.

Dated:  July 15, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE