AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 2:09-cr-00381-WBS   Document 158   Filed 07/20/15   Page 1 of 1

# UNITED STATES DISTRICT COURT

for the

Eastern     District of     California

|  |  |
|---|---|
| United States of America | ) |
| v. | ) |
|  | ) Case No: 2:09CR00381-02 WBS |
| SERGIO MERCADO | ) |
|  | ) USM No: 18793-097 |
| Date of Original Judgment: 5/6/2011 | ) |
| Date of Previous Amended Judgment: | ) John Balazs, Appointed |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____135_____ months **is reduced to** _____108 months_____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 05/24/2011 shall remain in effect.

**IT IS SO ORDERED.**

Order Date: July 20, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Effective Date: _____11/1/2015_____          _____William B. Shubb, U.S. District Court Judge_____
*(if different from order date)*                          *Printed name and title*